No. 89–1263. FISCHER ET AL. *v.* NWA, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–1276. BLOMMAERT *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 89–1280. GUERRA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–1344. ENSERCH EXPLORATION, INC., MANAGING GENERAL PARTNER OF EP OPERATING CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 89–1357. HILL *v.* BRITT ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1368. GULF STATES UTILITIES CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 89–1385. JONES *v.* PSIMOS. C. A. 7th Cir. Certiorari denied.

No. 89–1408. TERRY ET AL. *v.* NEW YORK STATE NATIONAL ORGANIZATION FOR WOMEN ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1430. APPERSON ET AL. *v.* FLEET CARRIER CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1439. CENTRAL FLORIDA CLINIC FOR REHABILITATION, INC. *v.* CITRUS COUNTY HOSPITAL BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–1451. LIVENGOOD *v.* THEDFORD. C. A. 10th Cir. Certiorari denied.

No. 89–1459. LANESE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1494. ZOLA *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.